41   369<br>42   613

THE CHANCELLOR, appellant,

v.

WILLIAM C. TRAPHAGEN et al., respondents.

A bond and mortgage were given in 1881, and the premises were conveyed in 1884 to the respondent, who assumed the payment of the mortgage thereon. —*Held*, that he cannot, since the act of 1880 (*P. L. of 1880 p. 255*), be held personally liable for any deficiency arising on the sale of the premises under the foreclosure of the mortgage.

On appeal from a decree advised by Vice-Chancellor Bird, who filed the following conclusions:

The statute (*P. L. of 1880 p. 255*), as interpreted by Vice-Chancellor Dodd, in *Allen* v. *Allen, 7 Stew. Eq. 493*, seems to dispose of this question in favor of the petitioner. I came to this conclusion by force of that opinion, by a careful and able judge, independently of any proof, of which none has been offered, excepting only the petition with the usual verification; and this, it would appear, cannot be regarded as sufficient proof upon which to found an order or decree. *Dinsmore* v. *Wescott, 10 C. E. Gr. 302*, and *Carpenter* v. *Muchmore, 2 McCart. 123.* And this is in accordance with the constant practice in the court, so far as I have observed or had experience.

*Mr. S. M. Dickinson* and *Mr. Gilbert Collins*, for appellant.

*Mr. C. H. Voorhis*, for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.